UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

JUL 1 8 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
VICTORIA DIVISION

| | | |
|---|---|---|
| ELVA GRIFFIN, ANITA HERRIGES, ANIYERITA VELAZQUEZ AND LYNN STOEBNER<br><br>V.<br><br>FORMOSA PLASTICS CORPORATION, TEXAS, FORMOSA PLASTICS CORPORATION, U.S.A., GLENN DOBBS, MITCH McBRIDE, SEVERO LOPEZ, JOE FRANK RODRIGUEZ, U.S. CONTRACTORS, INC., AND U.S. CONTRACTORS, LTD. | § § § § § § § § § § § § § | CIVIL ACTION NO. V-03-77 |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW Defendants U. S. Contractors, Inc. and U. S. Contractors, Ltd. ("USC") and files this Notice of Removal in the United States District Court for the Southern District of Texas, Victoria Division, pursuant to 28 U.S.C. § 1446(a).

### I.
### STATE PROCEEDING

1.     This Notice of Removal is filed to remove a civil action pending in the County Court at Law Number 1 of Calhoun County, Texas, Cause No. 02CV264; *Elva Griffin, Anita Herriges, Aniyerita Velazauez and Lynn Stoeber vs. Formosa Plastics Corporation, Texas; Formosa Plastics Corporation, U.S.A.; Glenn Dobbs; Mitch McBride; Severo Lopez; Joe Frank Rodriguez; U. S. Contractors, Inc. and U. S. Contractors, Ltd.*

## II.
## PARTIES AND SERVICE

2.      Plaintiffs in this action are Elva Griffin, Anita Herriges, Aniyerita Velazquez, and Lynn Stoebner. The Defendants in this action are Formosa Plastics Corporation, Texas; Formosa Plastics Corporation, U.S.A.; Glenn Dobbs, Mitch McBride, Severo Lopez, Joe Frank Rodriguez, and U. S. Contractors, Inc., and U.S. Contractors, Ltd. All Defendants have been served and have answered. All other Defendants consent to the removal of this case to federal court. *See* Consent to Removal of all Defendants attached hereto as Exhibit "H."

## III.
## TIMELINESS REMOVAL AND EXISTENCE OF
## FEDERAL QUESTION JURISDICTION

3.      On or about July 17, 2003, Defendant U. S. Contractors, Ltd. ("USC") received Plaintiffs' Second Amended Original Petition ("Petition"), attached hereto as Exhibit "B." This amended pleading clearly indicates that Plaintiffs intend to pursue a claim under Tile VII of the Civil Rights Act of 1964, as amended, a federal statute, since it specifically names this statute as the basis for one of the causes of action asserted by Plaintiff. 42 U.S.C. § 2000e.

4.      According to 28 U.S.C. § 1446(b), removal is proper upon the Defendant's receipt, "through service or otherwise" of a copy of an amended pleading, motion, order, or other paper from which the Defendant can ascertain that the case has become removable. 28 U.S.C. § 1446(b). Thus, this Notice of Removal is filed within thirty (30) days of having received a copy of the pleading from which Defendant could ascertain that Plaintiff intends to pursue a federal cause of action and that the case has become removable. 28 U.S.C. § 1446(b). *Caterpiller Inc. v. Lewis*, 519 U.S. 61, 68-69 (1996). As a result, this Removal is timely under 28 U.S.C. § 1446(b).

5.      Subject matter jurisdiction in this case is premised upon federal question jurisdiction. 28 U.S.C. § 1331. To establish federal question jurisdiction for removal purposes,

2

the civil action must be "founded on a claim or right arising under the Constitution, treaties or laws of the United States. . . without regard to the citizenship or residence of the parties." 28 U.S.C. § 1441(b). Furthermore, if a separate or independent claim establishing federal question jurisdiction "is joined with one or more otherwise non-removable claims or causes of action, the entire case may be removed and the district court may determine all issues therein, or, in its discretion, may remand all matters in which State law predominates." 28 U.S.C. § 1441(c).

6.    In the instant case, federal question jurisdiction is clearly invoked because Plaintiffs have indicated an intent to seek recovery for a claim under Title VII of the Civil Rights Act of 1964. 42 U.S.C. § 2000e. Specifically, Plaintiffs state in their Petition that they were "illegally retaliated against" for engaging in "activity protected under Title VII." *See* Plaintiffs' Petition at pp. 5, 8-10, attached hereto as Exhibit "B."

## IV.
## PENDENT JURISDICTION

7.    To the extent that Plaintiffs allege any State cause of action, subject matter jurisdiction is proper under 28 U.S.C. § 1441(c).

## V.
## VENUE

8.    Venue may be had in this United States District Court for the Southern District of Texas – Victoria Division, because this District and Division embrace the place in which the removed action has been pending in Calhoun County, Texas. 28 U.S.C. § 1441(a).

## VI.
## COPIES OF REMOVAL PAPERS SERVED ON STATE COURT

9.    A copy of this Notice of Removal is being filed with the Clerk of the County Court in which this case was originally filed, as required by law. A true and correct copy of the Notice of Filing Notice of Removal of Civil Action is attached hereto as Exhibit "G."

3

## VII.
## COMPLIANCE WITH LOCAL RULES – ATTACHMENTS

10.    The following Exhibits are attached to this Notice of Removal pursuant to Local Rule 81 of the Southern District of Texas:

| Local Rule | Item | Exhibit |
|:---:|---|:---:|
| 81.1 | All executed process | A |
| 81.2 | All pleadings asserting causes of action and all answers to such pleadings | B |
| 81.3 | All orders signed by the State court judge | C |
| 81.4 | State Court Civil Docket Sheet | D |
| 81.5 | Index of Matters being Filed | E |
| 81.6 | List of all counsel of record, including addresses, telephone numbers and parties represented | F |

## VIII.
## JURY DEMAND MADE

11.    Plaintiffs demanded a jury in the State court action.

## IX.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants U.S. Contractors, Inc. and U.S. Contractors, Ltd. request that this matter be removed from the County Court at Law No. 1 of Calhoun County, Texas to the United States District Court for the Southern District of Texas, Victoria Division, and that this Court take jurisdiction over this action to its conclusion and to final judgment to the exclusion of any further proceedings in the State Court in accordance with law.

4

Respectfully submitted,

BAKER & HOSTETLER LLP

By: _____

Nancy L. Patterson
Texas Bar No. 15603520
Southern District Bar No. 10221
C. Dean Herms, Jr.
Texas Bar No. 24002265
Southern District Bar No. 27461
1000 Louisiana, Suite 2000
Houston, Texas 77002-5009
(713) 751-1600 Telephone
(713) 751-1717 Telecopier

ATTORNEYS FOR DEFENDANTS
U. S. CONTRACTORS, INC. and
U. S. CONTRACTORS, LTD.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Removal was forwarded to counsel of record below by certified mail, return receipt requested, on this _18th_ day of July, 2003.

Mr. William L. Sciba, III
Cole, Cole & Easley, P.C.
302 West Forrest
P.O. Box 510
Victoria, Texas 77902-0510

Mr. J. Bradley Green
Edwards & George, LLP
5847 San Felipe, Suite 2375
Houston, Texas 77057

Mr. William F. Seerden
Cullen, Carsner, Seerden & Cullen
119 S. Main Street
P. O. Box 2938
Victoria, Texas 77902-2938

_____
C. Dean Herms, Jr.

5

# THE EXHIBIT(S) MAY

# BE VIEWED IN THE

# OFFICE OF THE  CLERK